IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MARGARET GERRITY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:21-CV-218-RP |
| DIGITAL PHARMACIST, INC., *d/b/a* MEDICINESHOPPE.COM, and MEDICINE SHOP INTERNATIONAL, INC., | § § § § § | |
| Defendants. | § § | |

## ORDER

On July 24, 2021, the parties in this case dismissed all claims between them with prejudice by joint motion pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 29). "Stipulated dismissals under Rule 41(a)(1)(A)(ii). . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, **IT IS ORDERED** that Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

**SIGNED** on July 26, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE